# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JOSEPH TYLER**, | : | **CIVIL ACTION NO. 1:04-CV-02345** |
| | : | |
| Petitioner | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **FRANK GILLIS** | : | |
| | : | |
| Respondent | : | |

## ORDER

AND NOW, this 21st day of August, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1), and of the order of court dated July 19, 2006 (Doc. 28), in which the court adopted a report of the magistrate judge recommending that the petition be denied, and it appearing that petitioner has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. §2253(c)(2), it is hereby ORDERED that a certificate of appealability is DENIED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge